November 7, 2013.



# JUDGMENT

# 𝕿𝖍𝖊 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

WILLIAM MARSH RICE UNIVERSITY AND GARY SPEARS, Appellants

NO. 14-13-00235-CV                          V.

RASHEED RAFAEY, Appellee

_____

     Today the Court heard appellee Rasheed Rafaey's motion to dismiss the appeal from the order signed by the court below on February 21, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**. We further order that all costs incurred by reason of this appeal be paid by appellants, William Marsh Rice University and Gary Spears, jointly and severally. We further order this decision certified below for observance.